UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Brandy Stutzman,<br><br>               Petitioner<br>v.<br><br>William Reubart, et al.,<br><br>              Respondents | Case No. 2:25-cv-00897-APG-BNW<br><br>**Order Denying IFP Application**<br><br>[ECF No. 1] |

Brandy Stutzman petitions for a writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1. Based on the financial information provided, I find that she is able to pay the full $5.00 filing fee in this matter, so I deny her application to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* **[ECF No. 1] is DENIED**. Petitioner must have the $5.00 fee sent to the Clerk of Court withing 30 days of the date of this order or this case will be dismissed.

IT IS FURTHER ORDERED that the Clerk of Court is directed to SEND petitioner two copies of this order, and petitioner must make the necessary arrangements to have one of those copies attached to the check for the filing fee.

Dated: May 27, 2025

_____
Chief U.S. District Judge Andrew P. Gordon