1    AARON D. FORD
       Attorney General
2    HEATHER D. PROCTER (Bar No. 8621)
       Chief Deputy Attorney General
3    State of Nevada
     Office of the Attorney General
4    100 North Carson Street
     Carson City, Nevada 89701-4717
5    Phone: (775) 684-1271
     Fax: (775) 684-1108
6    HProcter@ag.nv.gov
     *Attorneys for Respondent*

7

8              **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE DISTRICT OF NEVADA**

10   BRANDY STUTZMAN,                        Case No. 2:25-cv-00897-APG-BNW
                                             ORDER GRANTING
11                        Petitioner,        **MOTION FOR ENLARGEMENT OF
                                             TIME (FIRST REQUEST)**
12        vs.

13   WILLIAM REUBART, *et al.,*

14                        Respondents.

15          Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada,

16   hereby respectfully move this Court for an order granting a thirty-one[1] (31) day enlargement of time, to

17   and including September 22, 2025, in which to file and serve their response to the petition.

18          This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure

19   and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and

20   other materials on file herein.

21          There has been no prior enlargement of Respondents' time to file said response, and this motion

22   is made in good faith and not for the purposes of delay.

23          RESPECTFULLY SUBMITTED this 21st day of August, 2025.

24                                           AARON D. FORD
                                             Attorney General
25
                                             By: /s/ Heather D. Procter
26                                              HEATHER D. PROCTER (Bar. No. 8621)
                                                Chief Deputy Attorney General
27

28   _____
     [1] A thirty day enlargement would fall on Sunday, September 21, 2025.

                                             1

## DECLARATION OF COUNSEL

STATE OF NEVADA          )
                                          : ss.
CARSON CITY              )

I, HEATHER D. PROCTER, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1.     I am the Chief Deputy Attorney General of the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2.     By this motion, I am requesting a thirty-one (31) day enlargement of time, to and including September 22, 2025, to respond to Stutzman's petition for writ of habeas corpus. This is my first request for enlargement.

3.     The response is currently due August 22, 2025.

4.     My office is in the process of preparing the index of the state court record. However, because my office is currently working on a large number of indexes and excerpts of record for the Ninth Circuit, the index in this matter will not be done by the deadline. I therefore ask for a thirty-one (31) day enlargement of time, to and including September 22, 2025, to respond to the petition.

5.     This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

Dated this 21st day of August, 2025.


/s/ Heather D. Procter
HEATHER D. PROCTER

IT IS SO ORDERED:

Dated: August 21, 2025


ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2