AARON D. FORD
  Attorney General
HEATHER D. PROCTER (Bar No. 8621)
  Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4717
Phone: (775) 684-1271
Fax: (775) 684-1108
HProcter@ag.nv.gov
*Attorneys for Respondent*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| BRANDY STUTZMAN,<br><br>               Petitioner,<br><br>vs.<br><br>WILLIAM REUBART, *et al.,*<br><br>               Respondents. | Case No. 2:25-cv-00897-APG-BNW<br><br>**ORDER GRANTING<br>MOTION FOR ENLARGEMENT OF<br>TIME (SECOND REQUEST)** |

    Respondents, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, hereby respectfully move this Court for an order granting a fourteen (14) day enlargement of time, to and including October 6, 2025, in which to file and serve their response to the petition.

    This motion is based upon the provisions of Rule 6(b) of the Federal Rules of Civil Procedure and the attached Declaration of Counsel, as well as all other papers, documents, records, pleadings and other materials on file herein.

    There has been one prior enlargement of Respondents' time to file said response, and this motion is made in good faith and not for the purposes of delay.

    RESPECTFULLY SUBMITTED this 22nd day of September, 2025.

                           AARON D. FORD
                           Attorney General

                         By: /s/ Heather D. Procter
                           HEATHER D. PROCTER (Bar. No. 8621)
                           Chief Deputy Attorney General

**DECLARATION OF COUNSEL**

STATE OF NEVADA           )
                          : ss.
CARSON CITY               )

I, HEATHER D. PROCTER, hereby state, based on personal knowledge and/or information and belief, that the assertions of this declaration are true:

1. I am the Chief Deputy Attorney General of the Post-Conviction Division of the Nevada Attorney General's Office, and I make this declaration on behalf of Respondents' motion for enlargement of time.

2. By this motion, I am requesting a fourteen (14) day enlargement of time, to and including October 6, 2025, to respond to Stutzman's petition for writ of habeas corpus. This is my second request for enlargement.

3. The response is currently due September 22, 2025.

4. In my first request for extension of time on August 22, 2025, I noted that my office was still preparing the index of exhibits in this matter. That index was nearly complete. However, on August 24, 2025, the State of Nevada experienced a cyberattack that resulted in the loss of all functions. While some functions have been restored, including email and Word, we still do not have access to the network shared drives or internal databases, and we have no ETA on when those services will be restored. This issue was compounded by the password reset issue on September 4, 2025, that again shut down many State computers for a period of time. As to indexes, our office had to recreate an index in a death penalty matter which took precedence over other indexes. That index is now nearly complete. The index in this matter is also nearly complete but requires review given Stutzman had a co-defendant in this matter. The motion to dismiss is also complete except for the index references. I require an additional 14 days to allow the completion of the draft index, review of the same, and insertion of the proper citations into the motion to dismiss. I therefore ask for an enlargement of time to and including October 6, 2025, to respond to the petition.

5. This motion for enlargement of time is made in good faith and not for the purpose of unduly delaying the ultimate disposition of this case.

/ / /

Pursuant to 28 U.S.C. § 1746, Declarant herein certifies, under penalty of perjury, that the foregoing is true and correct.

Dated this 22nd day of September, 2025.

/s/ Heather D. Procter
HEATHER D. PROCTER

IT IS SO ORDERED:

Dated: September 22, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3