# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRANDY STUTZMAN,

                              Petitioner,

v.

W REUBART, et al.,

                              Respondents.

Case No. 2:25-cv-00897-APG-BNW

**EXTENSION ORDER**

Petitioner Brandy Stutzman, through her counsel, filed a first unopposed motion for an extension of time to file a second amended petition. ECF No. 36.  I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); LR IA 6-1.

I THEREFORE ORDER that the unopposed motion for extension of time (ECF No. 36) is GRANTED.  Petitioner Brandy Stutzman has **through August 10, 2026**, to file a second amended petition.

Dated:  May 13, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE