**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDY STUTZMAN,<br>Petitioner,<br>v.<br>W REUBART, et al.,<br>Respondents. | Case No. 2:25-cv-00897-APG-BNW<br>**Extension Order**<br>[ECF No. 39] |

In this habeas matter, the petitioner Brandy Stutzman seeks an extension of time to file a second amended petition for a writ of habeas corpus. ECF No. 39. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); D. Nev. R. LR IA 6-1.

I THEREFORE ORDER that Stutzman's Unopposed Motion for Extension of Time to File Second Amended Petition (Second Request) **[ECF No. 39] is GRANTED**. Stutzman has **through November 9, 2026**, to file a second amended petition for a writ of habeas corpus.

Dated: August 10, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE