**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDY STUTZMAN,<br><br>Petitioner,<br><br>v.<br><br>W REUBART, et al.,<br><br>Respondents. | Case No. 2:25-cv-00897-APG-BNW<br><br>**Extension Order**<br><br>[ECF No. 41] |

In this habeas matter, the petitioner Brandy Stutzman filed a third motion seeking an extension of time to file a second amended petition for a writ of habeas corpus. ECF No. 41. I find the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. Fed. R. Civ. P. 6(b); D. Nev. LR IA 6-1.

I THEREFORE ORDER that Stutzman's Unopposed Motion for Extension of Time to File Second Amended Petition (Third Request) **[ECF No. 41] is GRANTED**. Stutzman has **through January 8, 2027**, to file a second amended petition for a writ of habeas corpus.

Dated: November 10, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE